

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Grady Hazlewood, Chairman
Committee on Senatorial Districts
The State Senate
49th Legislature
Austin, Texas

Dear Sir:                           Opinion No. O-6532
                                    Re: Construction of Senate
                                    Bill No. 102 now pending.

At your request for an opinion construing Senate Bill
No. 102 - the Senatorial Re-districting Bill now pending -
is as follows:

"Attached hereto is printed copy of S. B. No. 102,
which is the Senatorial re-districting bill.

"It was the purpose and intention of the sub-com-
mittee who reported out this bill to make its effective
date so that any member who might be elected to the
Senate at the next regular primary election in the year
1946 will be permitted to serve out his full four-year
elective term. What date should be inserted in this
bill so as to accomplish that purpose? What
additional provision or provisions, if any, are necessary
to accomplish this purpose?"

You attached to your letter a printed copy of the
Bill, the portion thereof pertinent to your inquiry being
Section 4 as follows: "This act shall take effect and be in
force on and after April 1, A.D., 1950 and not sooner."

You are respectfully advised that if Senate Bill No.
102 should pass in the form as presented to us, it would take
effect and be in force on and after April 1, A.D., 1950 and not
sooner, and would effectuage the purpose mentioned in your re-
quest. That is to say that any Senator elected at the regular

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Grady Hazlewood, page 2

election in the year 1946 would be entitled to serve out his full four-year term, unless of course the next succeeding Legislature should again re-apportion the State into senatorial districts.

APPROVED APR 18 1945

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS:ls

